**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| RAEVON PARKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:24-cv-01300-SPM |
| ) | |
| STATE OF MISSOURI, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER OF DISMISSAL**

On December 11, 2024, the Court ordered Plaintiff Raevon Parker to file an amended complaint within thirty days using the Court-approved form. Doc. [4]. The Court also directed Plaintiff to either pay the $405 filing fee or file a motion to proceed in forma pauperis within the same timeframe. *Id.* More than thirty days have passed, and Plaintiff has not remedied these deficiencies.

Under Federal Rule of Civil Procedure 41(b), a court may dismiss an action if "the plaintiff fails to prosecute or to comply with these rules or a court order[.]" Fed. R. Civ. P. 41(b). Plaintiff's failure to comply with the Court's order warrants dismissal under Rule 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(b).

Dated this 22nd day of January 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE